In the Matter of WILLIAM V. GRADY, Petitioner, v STEPHEN L. GRELLER et al., Respondents. [932 NYS2d 377]—

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner failed to demonstrate a clear legal right to the relief sought. Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.